**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6233**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BERTRAND LEVON CURTIS, a/k/a X,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-01-127-CCB)

―――――――――

Submitted:  March 13, 2001          Decided:  April 23, 2001

―――――――――

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Bertrand Levon Curtis, Appellant Pro Se.  Lynne Ann Battaglia, Christine Manuelian, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bertrand Leon Curtis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). Assuming Curtis' claim is not procedurally defaulted, a matter not addressed by the district court and one we do not decide, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. See United States v. Curtis, No. CA-01-127-CCB (D. Md. Jan. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED